IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WILLIAM CHRISTOPHER LINDSEY,
ADC #093497                                                              PLAINTIFF

V.                              1:17CV00119-JM-JTK

BRUCE SANDERS, et al.                                                    DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Williams and Plaintiff's grievance and legal mail claims are DISMISSED for failure to state a claim.

IT IS SO ORDERED this 28th day of December, 2017.

JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE